**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 05-11609-WGY |
| DEFENDANT: Hemchandra Tiwari | TYPE OF PROCESS: Summons + Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hemchandra Tiwari

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
44 Wilmington Rd., Burlington, MA 01803

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tricia Desingco
U.S. Attorney's Office
Financial Litigation Unit
One Courthouse Way
Boston, MA 02210

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make service prior to November 2, 2005

Signature of Attorney or other Originator requesting service on behalf of:
Tricia Desingco
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 617-748-3308
DATE: 8/2/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy [illegible] | Date: 8/2/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Mr. Deepak Tiwari (Defendant's Cousin)

[X] a person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
(Same)

Date of Service: 10-07-05   Time: 7:25 am (circled)

Signature of U.S. Marshal or Deputy: Ken Neal

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 18.98 | — | 108.98 | — | — | |

REMARKS: 1st Endeavor — 09-30-05 8:30 AM (NO ANSWER) — DUSM NEAL

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

United States of America
V.

Hemchandra Tiwari

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 11609 WGY

TO: (Name and address of Defendant)

Hemchandra Tiwari
44 Wilmington Road
Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Donato
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH 

AUG 2 - 2005

CLERK                                   DATE

(By) DEPUTY CLERK