UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEMCHANDRA TIWARI, )<br>)<br>Defendant. ) | Court No. 05-11609-WGY |

## UNITED STATES' MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Hemchandra Tiwari (hereinafter "Tiwari"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Tiwari is indebted to the United States for the principal amount of $75,139.99; plus $2,919.16 accrued interest; plus costs. The total balance as of January 6, 2006 is $78,059.15.

2. The submitted affidavit of Tricia L. Desingco, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Tiwari's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Tiwari for failing to plead to, or otherwise defend, the complaint in the above captioned action.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its attorneys
>
>MICHAEL J. SULLIVAN
>United States Attorney

By:
>  /s/ Christopher R. Donato
>CHRISTOPHER R. DONATO
>Assistant U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA 02210
>(617) 748-3303

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                                     Boston, MA

I hereby certify that paper copies will be sent to Hemchandra Tiwari at Burlington, MA, a non registered participant on January 6, 2006.

>  /s/ Christopher R. Donato
>CHRISTOPHER R. DONATO
>Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                        )<br>    Plaintiff,           )<br>                                        )<br>v.                            )<br>                                        )<br>HEMCHANDRA TIWARI,    )<br>                                        )<br>    Defendant.          ) | Court No. 05-11609-WGY |

### AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT

I, Tricia L. Desingco, state under oath that:

1. I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2. In that capacity, I process and maintain debt collection cases, including the case of Hemchandra Tiwari (hereinafter "Tiwari"). I am also the custodian of the records for such cases.

3. Tiwari was served, according to the return of service, with a summons and complaint on August 2, 2005 at Burlington, MA. See attached exhibit "A". As of January 6, 2006, Tiwari has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

                                                                              */s/ Tricia L. Desingco*
                                                                              Tricia L. Desingco
                                                                               Paralegal

Date: January 6, 2006

Signed and sworn to before me at Boston, Massachusetts, on this 6th day of January, 2006.

                                                                               */s/ Joanne L. Albano*
                                                                               Notary Public

My commission expires:    JOANNE L. ALBANO
                                       Notary Public
                                    Commonwealth of Massachusetts
                                        My Commission Expires
                                          December 25, 2009

**EXHIBIT A**

Redacted

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | United States of America | COURT CASE NUMBER | 05-11609-WGY |
|---|---|---|---|
| DEFENDANT | Hemchandra Tiwari | TYPE OF PROCESS | Summons + Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hemchandra Tiwari

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tricia Desiraco
AUS Attorney's Office
Financial Litigation Unit
One Courthouse Way
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make service prior to November 2, 2005

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Tricia Desiraco
TELEPHONE NUMBER: 617-748-3308
DATE: 8/2/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/2/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Mr. Deepak Tiwari (Defendant's Cousin)
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): (Same)

Date of Service: 10-07-05   Time: 7:25 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 18.98 | — | 108.98 | — | — |

REMARKS: 1st Endeavor — 09-30-05 8:30 AM (No Answer) — DUSM Neal

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|