UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-cv-11609-WGY

United States of America
Plaintiff

v.

Hemchandra Tiwari
Defendant

NOTICE OF DEFAULT

    Upon application of the Plaintiff, the United States of America , for an order of Default for failure of the Defendant, Hemchandra Tiwari, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted on January 11, 2006.

Sarah A. Thornton,
Clerk

By: /s/ Matthew A. Paine
    Deputy Clerk

Notice mailed to counsel of record and defendants.