UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 MAR 12 P 3:20
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-11609-WGY |
| ) | |
| HEMCHANDRA TIWARI ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| EASTERN BANK ) | |
| Garnishee. ) | |

## ANSWER OF THE GARNISHEE

__ELAINE Burk__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name

of __Eastern Bank 195 Market St Lynn MA 01901__.
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the __Operations Manager__ (Official Title) of Garnishee, __Eastern Bank__

a corporation, organized under the laws of the State of __Massachusetts__.

On _March 1_, 200_7_, Garnishee was served with the Writ of Garnishment.

1. The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Checking Account | 515.34 | Joint Owner  1/2 |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

\_  The Garnishee makes the following claim of exemption on the part of Defendant:
$500.00

\_  The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:
_____

\_  The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

\_  No funds have been attached

The Garnishee mailed a copy of this answer by first-class mail to:

(1) Hemchandra Tiwari,
44 Wilmington Road
Burlington, MA 01803

and

(2) Christopher R. Donato
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210.

_Claire Burk_
Garnishee

Subscribed and sworn to before me this 7 day of March 2007.

_Andrew O'D_
Notary Public

My Commission expires:

ANDREW O'DONNELL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 10, 2012